# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

MICHAEL TYRONE CHERRY, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-2310

———————————————

October 17, 2025

Appeal from the Circuit Court for DeSoto County; Don T. Hall, Judge.

Andrea Flynn Mogensen of The Law Office of Andrea Flynn Mogensen, PA, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Katherine Coombs Cline, Senior Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

SILBERMAN, SLEET, and LABRIT, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.